UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:18-cv-20598

ANDRES GOMEZ,

      Plaintiff,

v.

CHEVRON CORPORATION,
a Delaware Limited Liability Company,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ANDRES GOMEZ and Defendant, CHEVRON CORPORATION, having agreed to resolve this matter pursuant to a confidential agreement, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

Jointly submitted this 22nd, day of October, 2018.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ Anne Marie Estevez |
| ANTHONY J. PEREZ | ANNE MARIE ESTEVEZ |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | MORGAN, LEWIS & BOCKIUS LLP |
| 4937 S.W. 74th Court, Unit #3 | 200 South Biscayne Boulevard |
| Miami, FL 33155 | Suite 5300 |
| Telephone: (305) 553- 3464 | Miami, FL 33131 |
| Facsimile: (305) 553-3031 | Telephone: (305) 415-3000 |
| Primary Email:  ajperez@lawgmp.com | Facsimile (305) 415-3001 |
| Secondary Email: | Primary Email: |
| mpomares@lawgmp.com | annemarie.estevez@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 22nd day of October, 2018.

>Respectfully submitted,
>
>**GARCIA-MENOCAL & PEREZ, P.L.**
>*Attorneys for Plaintiff*
>4937 S.W. 74th Court, No. 3
>Miami, FL 33155
>Telephone: (305) 553-3464
>Facsimile: (305) 553-3031
>Primary E-Mail:   ajperezlaw@gmail.com
>Secondary E-Mails: mpomares@lawgmp.com
>
>By: _/s/ Anthony J. Perez_____
>    ANTHONY J. PEREZ